**Francisco LOZANO, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–Forrest City, Appellee.**

**No. 09–2593.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 29, 2010.

Filed: April 2, 2010.

Francisco Lozano, Forrest City, AR, pro se.

Earl Fletcher Jackson, Assistant U.S. Attorney, Little Rock, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Francisco Lozano appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Mitchell v.*

---

1. The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

*U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we find no basis for reversal. Accordingly, we grant Lozano's motion and affirm. *See* 8th Cir. R. 47B.